Eastern District of Kentucky
**F I L E D**

MAY 1 2 2016

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CRIMINAL ACTION NO. 16-7-ART

UNITED STATES OF AMERICA                                          PLAINTIFF

V.                     **MOTION OF UNITED STATES
                        FOR ISSUANCE OF SUMMONS**

**JARROD C. BREEDING**                                            **DEFENDANT**

\* \* \* \* \*

The United States moves for the issuance of summons for the presence of the Defendant, **JARROD C. BREEDING**, to answer the felony charges returned by the Grand Jury on May 12, 2016.

Respectfully submitted,

KERRY B. HARVEY
UNITED STATES ATTORNEY

By: /s/ Kathryn M. Anderson
Kathryn M. Anderson
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4885
FAX (859) 233-2747
Kathryn.Anderson@usdoj.gov